**2010–1474. State ex rel. Billiter v. O'Farrell.**
In Mandamus. On complaint in mandamus of Fred Billiter Jr. and respondent's request for judicial notice. On S.Ct.Prac.R. 10.5 determination, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1500. [State ex rel.] Smith v. Gaul.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1501. [State ex rel.] Jackson v. Kimbler.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1505. State ex rel. Chambers v. Marcelain.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1509. [State ex rel.] Williams v. Williams.**
In Procedendo. On relator's complaint, amended complaint, and second amended complaint and respondents' motions to dismiss. Motions to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1526. State ex rel. North v. Hendon.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1606. Hollins v. Pineda.**
In Habeas Corpus. On petition for writ of habeas corpus of Booker Hollins. Sua sponte, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1628. Lenard v. Cuyahoga Cty. Sheriff's Dept.**
In Habeas Corpus. On petition for writ of habeas corpus of Richard Lenard. Sua sponte, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2010–1150. State ex rel. Tempesta v. Warren.**
In Mandamus. On answer of respondent. Sua sponte, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:
The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent's brief.

**2010–1540. State v. Ferrell.**
Cuyahoga App. No. 93003, 2010-Ohio-2882. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER, J., dissent.